IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TIM HUNT,** | 07-CV-764-BR |
| Plaintiff, | JUDGMENT |
| v. | |
| **MICHAEL ASTRUE,** Commissioner of Social Security, | |
| Defendant. | |

**TIM D. WILBORN**
19093 S. Beavercreek Road
PMB #314
Oregon City, OR 97045
(503) 632-1120

       Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
(503) 727-1158

1 - JUDGMENT

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**DAVID R. JOHNSON**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075
(206) 615-2113

      Attorneys for Defendant


      Based on the Court's Opinion and Order (#13) issued June 2, 2008,

      **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

      IT IS SO ORDERED.

      DATED this 2nd day of June, 2008.


                                    /s/ Anna J. Brown
                                    _____
                                    ANNA J. BROWN
                                    United States District Judge