WILBORN LAW OFFICE, P.C.  
TIM WILBORN — OSB # 94464  
twilborn@mindspring.com  
P.O. Box 2768  
Oregon City, OR 97045  
Voice: (503) 632-1120  
Fax: (503) 632-1198  
  Attorney for Plaintiff

FILED '08 AUG 29 15:52 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TIM HUNT,**                                                  CV # 07-764-BR

    Plaintiff,

vs.                                                        ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

      Attorney fees in the amount of $6,480.00 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

      DATED this 29 day of August, 2008.

                                             _/s/ Anna Brown_  
                                             United States District Judge

Submitted on August 28, 2008 by:

/s/ Tim Wilborn, OSB # 94464  
(503) 632-1120  
  Attorney for Plaintiff

ORDER - Page 1